BALONICK LAW OFFICE, INC.
Barney Balonick (SBN#277776)
10100 Santa Monica Blvd #1700
Los Angeles, CA 90067
310.703.1755
310.703.1799
bhb@balonicklaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO KACHEL, an individual, | Case No.: 2:20-cv-03154 GW (RAOx) |
| Plaintiff, | [Hon. George H. Wu; Courtroom 9D] |
| v. | [PROPOSED] ORER |
| MICHAEL POUTRE, an individual; RYAN FABIAN, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

    THIS CASE COMING TO ORDER ON THE PARTIES' STIPULATION FOR ENTRY OF DISMISSAL, THE COURT FULLY ADVISED IN THE PREMISES, IT IS HEREBY ORDERED:

    1. The Plaintiff's First Amended Complaint for Breach of Contract is deemed filed;

    2. The Plaintiff's Complaint for Fraud against Defendant Ryan Fabian is dismissed with prejudice;

    3. The Plaintiff's Complaint for Fraud against Defendant Michael Poutre is dismissed without prejudice;

    4. The Plaintiff is to dismiss the First Amended Complaint within three (3) of entry of this Order

1 | **IT IS SO ORDERED**
2 |
3 | Dated: **June 2, 2021**
4 |
_____
**THE HONORABLE GEORGE WU**